IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BECKY RYAN,<br><br>           Defendant. | 4:14CR3105<br><br>**ORDER** |

The defendant has not responded to the government's motion to continue, and the deadline for doing so has passed. The motion is deemed unopposed. As requested in the government's motion, (Filing No. 20), which is hereby granted,

IT IS ORDERED:

1) The hearing on the defendant's motion to suppress, (Filing No. 17), is continued, and will be held at 9:00 a.m. on March 4, 2015 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant, defense counsel, and counsel for the government shall attend.

January 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge