IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BECKY RYAN,<br><br>        Defendant. | 4:14CR3105<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion to continue, (Filing No. 27), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (Filing No. 17), will be held before the undersigned magistrate judge on Cr tkrl: , 2015 at ; :00 c.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

February 34, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge